UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ROBERT F. PALOMINO, | ) ED CV 08-620-GW (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DERRAL G. ADAMS, WARDEN | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 29, 2010

_/s/ George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1